UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE GENTRY,<br><br>   Petitioner,<br><br>   v.<br><br>RANDY GROUNDS, Warden,<br><br>   Respondent. | No. 2:13-cv-0142 WBS KJN P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Petitioner will be granted one final extension of time in which to file his reply to respondent's answer.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 21) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

////

1

2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's answer. No further extensions will be granted.

Dated: October 4, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gent0142.110