1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERRY WAYNE GENTRY,                    No.  2:13-cv-0142 WBS KJN P

12             Petitioner,

13        v.                                 ORDER

14    RANDY GROUNDS, Warden,

15             Respondent.

16

17        Petitioner is a state prisoner proceeding without counsel.  On November 22, 2013,

18    petitioner filed a motion to vacate judgment pursuant to Rule 60(b) of the Federal Rules of Civil

19    Procedure.  However, no judgment has been entered.  Because judgment has not yet been entered,

20    there is no judgment to be vacated.  So long as petitioner keeps the court informed of his current

21    address, petitioner will be notified when the court rules on the underlying petition for writ of

22    habeas corpus.

23        Accordingly, IT IS HEREBY ORDERED that petitioner's November 22, 2013 motion

24    (ECF No. 27) is denied without prejudice.

25    Dated:  January 3, 2014

26

27    /gent0142.den2                         KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
28

1